**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STEFANIE DALEY,

               Respondent

           v.

WILLIAM AYERS,

               Petitioner

:  No. 540 MAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.